

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Daniel Gray, Appellant

No. 06-19-00020-CV      v.

TDCJ, Sharon Webb, Sgt. Duttine, Cpt. Doe, Property Officer Rust, and Warden Parker, Appellees

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 18C1613-005).  Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Daniel Gray, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk